IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

EARNEST LADD                                                                                          PLAINTIFF

V.                                                                                                    NO. 2:10CV099-P-S

BILL RASCOE, et al.                                                                               DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 14, 2010, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 12) of the United States Magistrate Judge dated October 14, 2010, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the complaint is DISMISSED for failure to state a claim upon which relief can be granted; and

3) this matter is CLOSED.

THIS the 2nd day of November, 2010

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE